IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> for the use and benefit of ) <br> MAGNOLIA PLUMBING, INC., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> JAMES T. REDDING, INC. ) <br> AND ) <br> WESTFIELD INSURANCE COMPANY, ) <br> ) <br> Defendants. ) <br> _____) | Civil Action No. 1:11CV221 |

## ORDER

This matter comes before the Court on the Report and Recommendation of the Magistrate Judge dated December 22, 2011. Based on a *de novo* review of the evidence in this case, the Court adopts the findings and recommendation of the Magistrate Judge. And it is hereby,

ORDERED that Plaintiff's Motion for Default Judgment is GRANTED and the Plaintiffs are awarded $322,929.35, which comprises the unpaid balance of $137.645.57 under the HVAC Contract and the unpaid balance of $185,283.78 under the Plumbing Contract. Plaintiff is also entitled to an award of taxable

costs against Defendant James T. Redding, Inc.

                                                        /s/
                                       Claude M. Hilton
                                   United States District Judge

Alexandria, Virginia
January 17, 2012